# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:21-cr-00062 |
| VERSUS | * | JUDGE CAIN |
| TIMOTHY KING | * | MAGISRTATE JUDGE WHITEHURST |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### Theft of Government Property
[18 U.S.C. § 641]

On or about the 22nd day of February, 2021, in the Western District of Louisiana, the defendant, Tim King, willfully and knowingly did steal and purloin, goods and property of the United States having a value exceeding $1,000, namely: a 2010 Black Dodge Charger, bearing Louisiana license plate, TQN626, in violation of 18 U.S.C. § 641. [18 U.S.C. §641].

ALEXANDER C. VAN HOOK
Acting United States Attorney

JAMILLA A. BYNOG, LA Bar No. 32807
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618