UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00062-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TIMOTHY KING (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# REPORT AND RECOMMENDATION ON
# FELONY GUILTY PLEA BEFORE THE UNITED STATES
# MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, Timothy King, on June 21, 2021. The defendant was present with his counsel, Lester Gauthier.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Count 1 of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offense.

Additionally, the defendant voluntarily waived the fourteen-day objection period that would otherwise be available under 28 U.S.C. § 636. (Rec. Doc. 16).

Therefore, the undersigned United States Magistrate Judge recommends that the District Court ACCEPT the guilty plea of the defendant, Timothy King, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Timothy King be finally adjudged guilty of the offense charged in Count 1 of the Bill of Information.

THUS DONE AND SIGNED in chambers, at Lafayette, Louisiana, on July 22, 2021.

*[signature]*

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE